TRIAL COURT CASE NO. D-1-GN-22-002025

§ IN THE DISTRICT COURT
§
§ TRAVIS COUNTY, TEXAS
§
§ JUDICIAL DISTRICT
§

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 10:12:14 AM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: FEBRUARY 12, 2025

Type of Order (Interlocutory or Final) FINAL

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: MARCH 14, 2025

Name of judge who entered judgment: MAYA GUERRA GAMBLE

Name of court reporter: ALICIA DUBOIS

Address of court reporter: 1700 GUADALUPE, 11TH FLOOR, AUSTIN ,TX 78701

Name of attorney on appeal: KARIN L WATKINS          SB#: 20927425

Attorney Address: PO BOX 1548, AUSTIN, TX 78711-2548

Attorney E-Mail Address: karen.watkins@oag.texas.gov

Attorney on appeal (check applicable box):

☐ appointed       ☑ retained       ☐ Pro Se

Name of Appellee's Attorney: RUBEN PENA          SB# 15740900

Attorney Address: 222 W HRRISON AVE., SUITE B, ARLINGEN, TX 78550-6404

Attorney E-Mail Address: ruben@rubenpenalaw.com

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____ E-Mail _____ Hand Delivery _____ Mail

On_____          By:_____ (clerk's initials)